
FILED
4/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMM

Judge Manish S. Shah
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 24 CR 77 |
| ) v. ) | |
| ) CORTEZ FLEMING ) ) | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about February 9, 2024, at South Holland, in the Northern District of Illinois, Eastern Division,

CORTEZ FLEMING,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12907; an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12908; an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12910; an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12613; and an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12647, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

   a. an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12907, and associated ammunition;

   b. an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12908, and associated ammunition;

   c. an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12910, and associated ammunition;

   d. an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12613, and associated ammunition; and

   e. an ABC Rifle Company, model ABC-15, .300 blackout caliber pistol, bearing serial number 77-12647, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY